**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**
-------------------------------------------------------------------X
Kellsport Industries Inc.,

<table>
<tr><td></td><td>Plaintiff,</td><td>**COMPLAINT TO**<br>**APPEAL DECISION**<br>**OF UNITED STATES**</td></tr>
<tr><td>-against-</td><td></td><td>**PATENT AND TRADEMARK**<br>**OFFICE, TRADEMARK**<br>**TRIAL AND APPEAL**</td></tr>
<tr><td>Eureka Chemical Company,</td><td></td><td>**BOARD**</td></tr>
<tr><td></td><td></td><td>24-CV-____</td></tr>
<tr><td></td><td>Defendant.</td><td></td></tr>
</table>

-------------------------------------------------------------------X

Plaintiff respectfully sets forth and alleges:


# I.
# JURISDICTION AND VENUE

1. This action under Lanham Act Section 21, 15 U.S.C. 1071(b).  This Court has jurisdiction under 28 U.S.C. 1331 and 1338.

2. Venue is vested in this Court pursuant to 28 USCS 1391 and 1400 in that the claims asserted here arose within this district, and that Plaintiff's principal place of business and domicile are located within this district.


# II.
# THE PARTIES

3. At all relevant times, Plaintiff Kellsport Industries Inc. ("Kellsport") is and was a corporation organized and existing under the laws of the State of Massachusetts.  Plaintiff's address is 22 Boomer Street, Fall River, Massachusetts 02720.

4. At all relevant times, Defendant Eureka Chemical Company is and was a corporation organized and existing under the laws of the State of California.  Defendant's address is 234 Lawrence Avenue, South San Francisco, California 94080.

### III.
### CLAIM FOR RELIEF (APPEAL FROM TTAB DECISION)

5. By this action, Kellsport appeals the ruling of the Trademark Trial and Appeal Board ("TTAB") of the United States Patent and Trademark Office ("PTO") in Proceeding Number 91274117 dated April 17, 2024.  This appeal to this Court is authorized by 15 U.S.C. 1071(b) and 37 C.F.R. 2.145(c), which provide that an applicant of a trademark who is dissatisfied with a decision of the TTAB has a "remedy by a civil action."

6. TTAB Proceeding Number 91274117 was an Opposition Proceeding regarding Trademark Registration Application Serial Number 90570365 for the mark "WOOLWAX," filed by Kellsport on March 10, 2021.  The instant Defendant, who was the Opposer in the TTAB Proceeding, claimed that the mark was descriptive and has not acquired distinctiveness. The TTAB issued a decision sustaining the Opposition on April 17, 2024.  However, Kellsport's mark has acquired distinctiveness, thus the TTAB decision should be overturned and Kellsport's mark should Registered.

### FACTUAL BACKGROUND

7. Kellsport has used the mark "WOOLWAX" in connection with corrosion inhibitors and rust preventatives, as well as lubricants, since 2013.

8. Kellsport had previously filed Trademark Application Serial Number 85/881,930 for the word mark "WOOLWAX", as used in connection with "Corrosion inhibitors in the nature of a coating; Rust preventatives in the nature of a coating" and "All purpose lubricants" on March 20, 2013.

9. Kellsport was then granted United States Trademark Registration Number 4,585,408 for the word mark "WOOLWAX" on August 12, 2014.

10. Kellsport's Registration Number 4,585,408 was then canceled on March 19, 2021 due to the lack of filing of a post-Registration Section 8 Affidavit. Such was an inadvertent oversight made by Kellsport, who had not used outside counsel to file such application and who had handled all matters relating to this mark internally.

11. Kellsport then filed the subject Application Serial Number 90/570,365 on March 10, 2021, used in connection with "Corrosion inhibitors in the nature of a coating; Rust preventatives in the nature of a coating" and "All purpose lubricants."  The subject Application was simply to regain Kellsport's Registration for "WOOLWAX."

12. Such Application was approved by the Trademark Examiner and published on November 30, 2021.

13. However, Defendant filed an Opposition to such Application on January 24, 2022, as described above, which ultimately led to the Decision issued by the TTAB on April 17, 2024, for which this Appeal is filed.

14. The prior granting of Registration Number 4,585,408 to Kellsport for the word mark "WOOLWAX" establishes that the mark is not highly descriptive, and that the mark had acquired distinctiveness.

15. In fact, Kellsport's usage of its mark has only grown since it was granted Registration Number 4,585,408, further establishing distinctiveness.

16. Kellsport has had substantial usage of WOOLWAX as a trademark for particular products since 2013. Specifically, Kellsport has used the mark for automotive undercoating, spray guns, T-shirts, sweatshirts, floor mats, calendars, pop sockets, trade show bags, plastic mugs, flyers, and keychains.

17. The channels of distribution of products bearing Kellsport's mark have been diverse, and have included wholesale, retail, Internet online, trade show advertising, online advertising, and the distribution of a variety of promotional products, all of which were throughout the entire United States over an eleven year period.

18. Kellsport's promotional products bearing the mark have included trade show bags, key chains, floor mats, and calendars, and all of such items have been widely distributed by Kellsport for well over five years.

19. Kellsport's advertising materials bearing the mark have included Google Ads, Facebook ads, Amazon ads, and flyers. Such have been widely distributed as well, and such has taken place over a period well in excess of five years.

20. In total, Kellsport's anticipated advertising and marketing expenses, including commissions, are approximately $56,000 annually. This is a very significant amount, one that is consistent with Kellsport's mark acquiring secondary meaning in the relevant marketplace in its many years of widespread usage.

21. In addition to its advertising expenditures, Kellsport's revenues for the sale of products evidence substantial usage in the marketplace over a ten-year period. Specifically, Kellsport's relevant monthly average revenues are approximately $116,000, a very significant figure. The eleven year duration of use far exceeds the five-year period typically needed to establish secondary meaning.

22. Kellsport's usage of the mark has always been made in the ordinary course of business and not for the purpose of reserving rights in the mark.

23. Based on the foregoing, Kellsport's mark has acquired distinctiveness, thus the TTAB Decision should be overturned and Kellsport's mark should Registered.

**PROCEDURAL POSTURE**

24. The TTAB received briefing by the parties, and issued its decision (the "Decision") on April 17, 2024. The Decision sustained the Opposition.

25. Kellsport, as the losing party in the Decision, is dissatisfied with the Decision and hereby appeals the Decision by civil action in this Court under 15 U.S.C. 1071(b)(1) and hereby requests a trial de novo.

**CONCLUSION**

26. In sum, Kellsport's mark has acquired distinctiveness, thus the TTAB Decision should be overturned and Kellsport's mark should Registered.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

1. For an Order reversing the Decision;

2. For an Order that Kellsport is entitled to Registration of the mark WOOLWAX on the Principal Register;

3. For such other and further relief that the issues in this proceeding require.

Dated:   June 17, 2024

/s/ Gary P. Howayeck
Gary P. Howayeck, BBO #630053
Gary P. Howayeck, P.C.
209 Bedford, #402
Fall River, MA 02720
Tel (508) 676-6666
gary@howayeck.com
*Counsel for Plaintiff*

/s/ Todd Wengrovsky
Todd Wengrovsky
Law Offices of
Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
contact@twlegal.com
*Co-Counsel for Plaintiff*
*to be admitted Pro Hac Vice*